IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| COUNTRY MUTUAL INS. COMPANY, a/s/o Jimmy and Brenda Allen,<br><br>　　Plaintiff,<br><br>v.<br><br>TITEFLEX CORPORATION, and THOMAS OIL COMPANY<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO: 2:13-CV-000108-RWS |

### DEFENDANT TITEFLEX CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Teleflex Corporation, pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby respectfully makes the following disclosures:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　(a)　Country Mutual Insurance Company, Plaintiff

1

  (b) Country Financial, parent company of Country Mutual Insurance Company

  (c) Titeflex Corporation

  (d) Smiths Group International Holdings, Ltd., parent company of Titeflex Corporation

  (e) Smiths Group, PLC, parent company of Smiths Group International Holdings, Ltd.

  (f) Thomas Oil Company

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  (a) Country Financial

  (b) Cozen O'Connor

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  (a) <u>Plaintiff Country Mutual Insurance Company</u>:  Karen D. Fultz and the law firm of Cozen O'Connor;

  (b) <u>Defendant Teleflex Corporation</u>: Philippa V. Ellis, Adam P. Ford, and the law firm of Owen, Gleaton, Egan, Jones, & Sweeney, LLP; Carl E. Switzer, Amber Chrystal and the law firm of Farella Braun and Martell, LLP;

  (c) <u>Defendant Thomas Oil Company</u>: Thomas D. Martin, Arthur R. York, and the law firm of Swift, Currie, McGhee, & Hiers, LLP.

Submitted this 25th day of June, 2013.

        **OWEN, GLEATON, EGAN, JONES**
          **& SWEENEY, LLP**

        <u>/s/ Philippa V. Ellis</u>
        Philippa V. Ellis
        Georgia Bar No. 71175
        Adam P. Ford
        Georgia Bar No. 355079
        1180 Peachtree Street, N.E.
        Suite 3000
        Atlanta, Georgia 30309-3574
        Telephone: (404) 688-2600
        Facsimile: (404) 525-4347
        Email: ellis@og-law.com
        Email: aford@og-law.com

        ATTORNEYS FOR DEFENDANT
        TITEFLEX CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2013, I electronically filed: **DEFENDANT TITEFLEX CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: *Karen D. Fultz, Thomas D. Martin, and Arthur R. York.*

I hereby certify that I have mailed by USPS the document to the following non-CM/ECF participant: *None.*

                                **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

                                /s/ Philippa V. Ellis
Philippa V. Ellis
Georgia Bar No. 71175
Adam P. Ford
Georgia Bar No. 355079
1180 Peachtree Street, N.E.
Suite 3000
Atlanta, Georgia 30309-3574
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
Email: ellis@og-law.com
Email: aford@og-law.com

ATTORNEYS FOR TITEFLEX

1