# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| COUNTRY MUTUAL INS. COMPANY a/s/o Jimmy and Brenda Allen,<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**TITEFLEX CORPORATION and THOMAS OIL COMPANY,**<br><br>　　　　**Defendants.** | **CIVIL ACTION FILE**<br><br>**NO: 2:13-CV-000108-RWS** |

## NON-PARTY GAS EQUIPMENT COMPANY'S MOTION TO QUASH OR MODIFY SUBPOENA

Non-Party Movant Gas Equipment Company, Inc. ("Gas Equipment Company") hereby moves to quash or modify the subpoena to produce documents served on it by Plaintiff Country Mutual Insurance Company a/s/o Jimmy and Brenda Allen ("Plaintiff").

As established in the accompanying Brief in Support, Gas Equipment Company moves to quash or modify the subpoena pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv) because it commands the production of documents that are beyond the time and events relevant to this case. The production would impose an undue burden on Gas Equipment Company by requiring it to undergo the trouble and

1

expense of searching for and producing documents that have no bearing on the relevant issues and would provide no value to Plaintiff's case.

Wherefore, Gas Equipment Company respectfully requests that the Court quash the subpoena in its entirety or modify it to limit its command to produce documents to those created between 2005 and May 23, 2009.

This 11th day of February, 2014.

        **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

        /s/ Philippa V. Ellis
        Philippa V. Ellis
        Georgia Bar No. 711715
        Adam P. Ford
        Georgia Bar No. 355079
        1180 Peachtree Street, N.E., Suite 3000
        Atlanta, GA 30309
        Telephone: (404) 688-2600
        Facsimile: (404) 525-4347
        ellis@og-law.com
        aford@og-law.com

**[signatures continued on the following page]**

Carl Switzer
(Admitted Pro Hac Vice)
Kelly Matayoshi
(Admitted Pro Hac Vice)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  CSwitzer@fbm.corn
Email:  KMatayoshi@fbm.com

ATTORNEYS FOR GAS EQUIPMENT
COMPANY, INC.[1]

---

[1] Gas Equipment Company, Inc. has requested the services of counsel for Titeflex Corporation, Gastite Division in responding to Plaintiff's subpoena.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(b)

Pursuant to Local Rule 7.1(d), I hereby certify that the foregoing Non-Party Gas Equipment Company, Inc.'s Motion to Quash or Modify Subpoena was prepared in Times New Roman, point 14, in compliance with Local Rule 5.1(b).

This 11th day of February, 2014.

**OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

/s/ Philippa V. Ellis
Philippa V. Ellis
Georgia Bar No. 711715
1180 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30309
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
ellis@og-law.com

ATTORNEY FOR GAS EQUIPMENT COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2014, I electronically filed: **NON-PARTY GAS EQUIPMENT COMPANY'S MOTION TO QUASH OR MODIFY SUBPOENA** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: *David Bessho, Thomas Martin, and Arthur York.* I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: *None.*

**OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

/s/ Philippa V. Ellis
Philippa V. Ellis
Georgia Bar No. 711715
1180 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30309
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
ellis@og-law.com

ATTORNEY FOR GAS EQUIPMENT COMPANY, INC.