THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INS. CO., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:13-cv-00108-RWS |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| TITEFLEX CORPORATION, and THOMAS OIL COMPANY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Plaintiff Country Mutual Insurance Company, by and through undersigned counsel, hereby certifies that it served counsel in this matter with a copy of Plaintiff's Second Amended Notice of Deposition *Duces Tecum* for Titeflex's Designated Expert Harri Kytomaa (*Amended as to Change in Date Only*) via email and U.S. Mail.

This 25th day of February, 2014 .

                                *s/ David M. Bessho*
                                David M. Bessho
                                Georgia Bar No. 055784
                                *Attorney for Plaintiff*

**Cozen O'Connor**
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone: (404) 572-2000
Facsimile: (404) 572-2199

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INS. CO., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:13-cv-00108-RWS |
| v. | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| TITEFLEX CORPORATION, and THOMAS OIL COMPANY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a true and correct copy of the foregoing upon opposing counsel, via this Court's electronic filing system as follows:

Philippa V. Ellis
Adam P. Ford
Owen, Gleaton, Egan, Jones &
Sweeney, LLP
1180 Peachtree Street, N.E,
Suite 3000
Atlanta, GA 30309

Kelly M. Matayoshi
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104

Thomas Martin
Arthur York
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Suite 300
Atlanta, GA 30309

This 25th day of February, 2014.

                                            *s/ David M. Bessho*
                                            David M. Bessho